# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTY MCLAUGHLIN,
Appellant,
vs.
DENNIS HEIM, INDIVIDUALLY; AND
KEOLIS TRANSIT AMERICA, LLC,
Respondents.

No. 73624

**FILED**

SEP 26 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal filed on August 8, 2017, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Hon. Joanna Kishner, District Judge
Richard Harris Law Firm
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Eighth District Court Clerk